ACCEPTED
14-15-00150-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 12:39:07 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00150-CV

_____

**IN THE
COURT OF APPEALS
FOURTEENTH DISTRICT OF TEXAS
HOUSTON, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 12:39:07 PM
CHRISTOPHER A. PRINE
Clerk

_____

**HARRIS COUNTY APPRAISAL DISTRICT,**

*Appellant*

**V.**

**CLEAR LAKE OFFICE PARTNERS, LLC AND
METRO CLEARK LAKE OFFICE PARTNERS, LLC,**

*Appellees*

_____

**On Appeal from the 127th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2013-53295**

**APPELLANT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE THE CLERK'S RECORD**

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, Appellant, HARRIS COUNTY APPRAISAL DISTRICT files this Unopposed Motion to Extend the Time to File the Clerk's Record, and in support thereof would respectfully show the following:

A. The Clerk's Record was due to be filed on or before March 23, 2015.

B. Appellant requests a forty-six (46) day extension of time to file the Clerk's Record, which, if granted, would make the record due on or before Monday, May 11, 2015.

C. Good cause exists for this extension because the parties have tentatively settled this case, subject to approval of the Board of Directors of the Harris County Appraisal District ("Board"). Approval by the Board is required because Appellant is a governmental entity. In addition the Texas Property Tax Code requires a judgment in order to effectuate the settlement. Tex. Tax Code Ann. § 25.25(a) (West, Westlaw through 2013 sess.). Upon approval by the Board, the parties will submit a motion to remand for entry of an agreed final judgment.

D. This is Appellant's first request for an extension of time to file the Clerk's Record. No further request for an extension will be made, absent compelling circumstances.

E. Counsel for Appellees has been contacted and is not opposed to this request, as set forth in the certificate of conference.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Court grant this Unopposed Motion to Extend Time to File the Clerk's Record and set the deadline for filing the record on May 11, 2015.

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By: /s/ Robert P. McConnell
Robert P. McConnell
State Bar No. 13448300
rmcconnell@olsonllp.com
David W. Olson
State Bar No. 24051136
dolson@olsonllp.com
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone: (713) 533-3800
Facsimile: (713) 533-3888

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

Appellant's counsel contacted Appellees' counsel regarding this matter and she is unopposed.

/s/ Robert P. McConnell
Robert P. McConnell

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March 2015, a true and correct copy of the foregoing Appellant's Unopposed Motion to Extend Time to File the Clerk's Record was served on the counsel for Appellees by:

☐     telecopy (713) 688-0199

☐     certified mail, return receipt requested

☒     electronic service

to Mary A. Van Kerrebrook, VAN KERREBROOK & ASSOCIATES P.C., 712 Main Street, Suite 720, Houston, Texas 77002.

/s/ Robert P. McConnell
Robert P. McConnell